AO 241                                                                                                    Page 2
(Rev. 01/15)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted):<br><br>Dirk Greineder | Docket or Case No.: | |
| Place of Confinement :<br>MCI-Norfolk | Prisoner No.:<br><br>W69690 | |
| Petitioner (include the name under which you were convicted)<br><br>Dirk Greineder | v. | Respondent (authorized person having custody of petitioner)<br><br>Sean Medeiros,<br>Superintendent of MCI-Norfolk |
| The Attorney General of the State of: Massachusetts | | |

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Norfolk County Superior Court

650 High Street

Dedham, MA 02026

   (b) Criminal docket or case number (if you know):  NOCR-2000-108588

2.  (a) Date of the judgment of conviction (if you know):  06/29/2001

   (b) Date of sentencing:    06/29/2001

3.  Length of sentence:    Life imprisonment without parole

4.  In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case:  first degree murder

6.  (a) What was your plea? (Check one)

   ☑ (1)  Not guilty      ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty          ☐ (4)  Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    Massachusetts Supreme Judicial Court

(b) Docket or case number (if you know):    SJC-08866

(c) Result:    conviction affirmed, denial of motion for new trial affirmed

(d) Date of result (if you know):    11/04/2010

(e) Citation to the case (if you know):    Commonwealth v. Greineder, 458 Mass. 207 (2010)

(f) Grounds raised:    (1) violation of public trial right; (2) violation of confrontation clause (DNA expert);

(3) violation of due process (prosecutorial misconduct in exploiting pre-arrest silence);

(4) violation of due process (irrelevant and unfairly prejudicial evidence of extramarital sex admitted);

(5) violation of due process right to disclosure of exculpatory information (footwear expert recantation);

(6) violation of right to jury trial (jury experiment); (7) ineffective assistance of counsel (failure to move

(a) to exclude or challenge DNA evidence, (b) to suppress receipt seized under general warrant

(c) to suppress fruit of unconstitutional car search); (8) totality of circumstances (G.L. c. 278, s.33E)

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    (4) Date of result (if you know): _____

AO 241
(Rev. 01/15)

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):   U.S. Supreme Court No. 10-8835 and 12-10743

(2) Result:   Judgment vacated, case remanded for further consideration, leading to further

SJC affirmance, 464 Mass. 580 (2013), and denial of 2d cert. petition, 134 S.Ct. 166 (2013)

(3) Date of result (if you know):   06/29/2012

(4) Citation to the case (if you know):   133 S.Ct. 55 (2012) and 134 S.Ct. 166 (2013)

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:   Norfolk Superior Court (remanded from SJC)

(2) Docket or case number (if you know):   NOCR-2000-08588

(3) Date of filing (if you know):   07/25/2005

(4) Nature of the proceeding:   Motion for New Trial

(5) Grounds raised:   (1) ineffective assistance of counsel, including (inter alia): (a) failure to move

to exclude or effectively address scientifically unreliable DNA evidence;  (b) failure to move

to suppress receipt seized pursuant to general warrant; and (c)  failure to move to

suppress fruits of unconstitutional car search;

(2) violation of right to trial by jury (jury's banana experiment);

(3) violation of due process right to disclosure of exculpatory information and right to fair

trial on reliable evidence (recantation of prosecution footwear expert).

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result:   motion for new trial denied

(8) Date of result (if you know):   10/31/2007

AO 241                                                                                                                    Page 5
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:        Norfolk Superior Court

(2) Docket or case number (if you know):        NOCR-2000-08588

(3) Date of filing (if you know):        03/18/2014

(4) Nature of the proceeding:        Motion for Post-Verdict Inquiry and New Trial

(5) Grounds raised:        violation of jury trial right due to deliberating jury's exposure to extraneous

information (stains on the back of Greineder's jacket)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes        ☑ No

(7) Result:        Motion for Post-Verdict Jury Inquiry and New Trial denied

(8) Date of result (if you know):        07/24/2014

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ☑ Yes       ☐ No

(2) Second petition:     ☑ Yes       ☐ No

(3) Third petition:      ☐ Yes       ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Violation of the petitioner's constitutional right to a public trial and to a fair and impartial tribunal

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's right to a public trial was violated when the public and media were excluded from individual juror voir

dire, and Greineder's right to a fair and impartial tribunal was violated when the trial judge refused to recuse

himself from presiding over the evidentiary hearing and from making factfindings regarding the public trial claim.

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(c)      **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☑ Yes       ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:    After oral argument, SJC issued remand order to supplement record, trial judge issued findings, Greineder moved for recusal and evidentiary hearing, recusal denied, evidentiary hearing held, trial judge issued further findings, further briefs, SJC denied claim, 458 Mass 207 (2010)

**GROUND TWO:**                 Violation of confrontation clause rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's confrontation clause rights were violated by admission of testimony of a DNA expert regarding DNA test results obtained by a non-testifying analyst, where reports of those DNA tests involved highly subjective and discretionary analysis by a non-testifying witness and the expert's conclusion was the product of the application of straightforward arithmetical computation to those reported results.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☑ Yes        ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available):

_____

_____

| | | | |
|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ❐ Yes | ❐ No |
| (4) Did you appeal from the denial of your motion or petition? | ❐ Yes | ❐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ❐ Yes | ❐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two :   cert. petition to the U.S. Supreme Court,
judgment vacated and remanded for further proceedings, 133 S.Ct. 55 (2012)(attached); remand
proceedings in the Massachusetts Supreme Judicial Court, judgment affirmed, 464 Mass. 580 (2013)
(attached); second cert. petition to the U.S. Supreme Court denied,134 S.Ct. 166 (2013) (attached)

**GROUND THREE:**     Ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's trial counsel was constitutionally ineffective in (a) failing to move to exclude or otherwise challenge

scientifically unreliable DNA test results; (b) failing to file meritorious motion to suppress inculpatory receipt for

nails seized under a general warrant; (c) failing to move to suppress the fruits of an unconstitutional car search

(police observations of a towel which undermined a theory of defense); and (d) the cumulative effect of trial

counsel's failures amounted to ineffective assistance.

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Motion for new trial

Name and location of the court where the motion or petition was filed:    Norfolk Superior Court (remanded

from SJC)

Docket or case number (if you know):    NOCR-2000-08588

Date of the court's decision:    10/31/2007

Result (attach a copy of the court's opinion or order, if available):    Motion for new trial denied

(Memorandum of Decision and Order on Defendant's Motion for New Trial attached)

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    Massachusetts Supreme Judicial Court

Docket or case number (if you know):    SJC-08866

Date of the court's decision:    11/04/2010

Result (attach a copy of the court's opinion or order, if available):    denial of motion for new trial affirmed

Commonwealth v. Greineder, 458 Mass. 207 (2010)

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**   Violation of rights to disclosure of exculpatory information and to fair trial based on reliable

evidence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's constitutional rights to disclosure of exculpatory information and to fair trial based on reliable

evidence were denied based on post-trial recantation of prosecution's footwear expert.

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c)      **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:      Motion for New Trial

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed:    Norfolk Superior Court (remanded

from SJC)

Docket or case number (if you know):    NOCR-2000-08588

Date of the court's decision:    11/04/2010

Result (attach a copy of the court's opinion or order, if available):    Motion for new trial denied

(Memorandum of Decision and Order on Defendant's Motion for New Trial attached)

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☑ Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☑ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☑ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    Massachusetts Supreme Judicial Court

Docket or case number (if you know):    SJC-08866

Date of the court's decision:    11/04/2010

Result (attach a copy of the court's opinion or order, if available):    denial of motion for new trial affirmed

Commonwealth v. Greineder, 458 Mass. 207 (2010) (attached)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 01/15)

_____

_____

_____

**GROUND FIVE:**          Violation of due process right to a fair trial _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's constitutional right to a fair trial was violated based on the erroneous admission of and prosecutorial

misuse of irrelevant and highly prejudicial evidence about Greineder's extra-marital sexual activities. _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Five, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Five:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

        (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

        _____

        _____

(d)     **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

                ☐ Yes     ☑ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed: _____

        _____

        _____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                            ❐  Yes        ❐  No

(4) Did you appeal from the denial of your motion or petition?                       ❐  Yes        ❐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❐  Yes        ❐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Five : _____

_____

_____

**GROUND SIX:**          Violation of the right to trial by jury

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's fundamental right to trial by jury was denied based on the deliberating jury's exposure to extraneous

evidence through the jury's unauthorized banana experiment.

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Six, explain why:

_____

_____

_____

_____

(c)     **Direct Appeal of Ground Six:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Motion for New Trial

Name and location of the court where the motion or petition was filed:   Norfolk Superior Court (remanded

from SJC)

Docket or case number (if you know):    NOCR-2000-08588

Date of the court's decision:     10/31/2007

Result (attach a copy of the court's opinion or order, if available):    Denial of motion for new trial

Memorandum of Decision and Order on Defendant's Motion for New Trial (attached)

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    Massachusetts Supreme Judicial Court

Docket or case number (if you know):    SJC-08866

Date of the court's decision:    11/04/2010

Result (attach a copy of the court's opinion or order, if available):    denial of motion for new trial affirmed

Commonwealth v. Greineder, 458 Mass. 207 (2010)(attached)

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Six:  _____

_____

_____

**GROUND SEVEN:** Violation of the right to trial by jury

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Greineder's fundamental right to trial by jury was denied based on the deliberating jury's exposure to extraneous

information (stains on the back of Greineder's jacket) which had been excluded from the evidence at trial.

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Seven, explain why:  _____

_____

_____

_____

(c)  **Direct Appeal of Ground Seven:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   this issue was not known to petitioner

until it was disclosed in a book subsequently published based on interviews with jurors years after

the conviction

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Motion for Post-Verdict Inquiry and New Trial

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed:   Norfolk Superior Court

Docket or case number (if you know):   NOCR-2000-08588

Date of the court's decision:   07/24/2014

Result (attach a copy of the court's opinion or order, if available):   Motion denied

Memorandum of Decision and Order on Defendant's Motion for Post-Verdict Inquiry and New Trial

(attached)

(3) Did you receive a hearing on your motion or petition?                                    ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?                          ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Supreme Judicial Court for Suffolk County

(Single Justice Session) Application for Leave to Appeal under M.G.L. c. 278, s. 33E

Docket or case number (if you know):   SJ-2014-0352

Date of the court's decision:   12/30/2014

Result (attach a copy of the court's opinion or order, if available):   Application denied by Single Justice in

Memorandum of Decision (attached)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Seven:

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    _____

    _____

    _____

    _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    _____

    _____

    _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.

    _____

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

    _____

    _____

    _____

    _____

AO 241
(Rev. 01/15)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    Martin F. Murphy, Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210

(b) At arraignment and plea:    Martin F. Murphy, Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210

(c) At trial:    Martin F. Murphy, Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210

(d) At sentencing:    Martin F. Murphy, Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210

(e) On appeal:    James L. Sultan, Rankin & Sultan, 151 Merrimac Street, Boston, MA 02114

(f) In any post-conviction proceeding:    James L. Sultan, Rankin & Sultan, 151 Merrimac Street, Boston, MA 02114

(g) On appeal from any ruling against you in a post-conviction proceeding:    James L. Sultan, Rankin & Sultan, 151 Merrimac Street, Boston, MA 02114

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

With the denial of Greineder's second petition for writ of certiorari on October 7, 2013, the one year limitations period for filing a petition for writ of habeas corpus began to run. After 162 days, the 365 day clock was tolled on March 18, 2014, when Greineder filed a Motion for Post-Verdict Inquiry and New Trial, which was denied on July 24, 2014. Greineder sought leave to appeal that ruling to the Massachusetts Supreme Judicial Court, which was denied by the Single Justice on December 30, 2014. That left 203 days running from December 30, 2014, with a final deadline of July 21, 2015.

AO 241
(Rev. 01/15)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

     (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

     (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

     (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

     (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    grant a writ of habeas corpus

_____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct ~~and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on~~ _____ ~~(month, date, year)~~.

Executed (signed) on    7/17/15    (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____