**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                              )
DIRK GREINEDER,           )
                              )
        Petitioner        )
                              )
v.                      )       Civil Action No. 15-12978-DJC
                              )
LISA MITCHELL          )
                              )
        Respondent     )
_____)

## <u>ANSWER</u>

      Pursuant to Rule 5 of the Rules governing Section 2254 cases in the United States District Courts, the respondent hereby answers the petition for a writ of habeas corpus of the petitioner Dirk Greineder.

    1(a).   Admitted.

    1(b).   Admitted.

    2(a).   Admitted.

    2(b).    Admitted.

    3.      Admitted.

    4.      Admitted.

    5.      Admitted.

    6(a).   Admitted.

    6(b).   Not applicable.

    6(c).   Admitted.

    7.      Admitted.

    8.      Admitted.

9(a)-(e).    Admitted.

9(f).    The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his briefs to the state appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

9(g).    Admitted.

10.    Admitted.

11(a)(1)-(4).    Admitted.

11(a)(5).    The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

11(a)(6)-(8).    Admitted.

11(b)(1)-(4).    Admitted.

11(b)(5).    The Respondent denies the allegations in this Paragraphs as stated therein.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the state appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

11(c).  Not applicable.

11(d).  Admitted.

12. GROUND ONE:

(a).   The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains allegations of fact, the respondent states that the state court record speaks for itself.  Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b).   Left blank by petitioner.

(c).   The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(d)(1).  Admitted.

(e).   The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

GROUND TWO:

(a).   The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains allegations of fact, the respondent states that the state court record

speaks for itself.  Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b).  Left blank by petitioner.

(c).  The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(d).  Admitted.

(e).  The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

GROUND THREE:

(a).  The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains allegations of fact, the respondent states that the state court record speaks for itself.  Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b).      Left blank by petitioner.

(c).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(d).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(e).  Left blank by petitioner.

GROUND FOUR:

(a).  The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains allegations of fact, the respondent states that the state court record speaks for itself. Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b).      Left blank by petitioner.

(c).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(d).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(e).  Left blank by petitioner

GROUND FIVE:

(a).  The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains allegations of fact, the respondent states that the state court record speaks for itself. Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b).      Left blank by petitioner.

(c).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(d).      Admitted.

(e).  Left blank by petitioner

GROUND SIX:

(a).  The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains

allegations of fact, the respondent states that the state court record speaks for itself. Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b).     Left blank by petitioner.

(c).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(d).     The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(e).     Left blank by petitioner.

GROUND SEVEN:

(a).  The Respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that paragraph 12 of the petition contains allegations of fact, the respondent states that the state court record speaks for itself. Further answering, the respondent denies each and every allegation of fact that does not comport exactly with the state court record of the petitioner's criminal proceedings.

(b). Left blank by petitioner.

(c)(1).     Admitted.

(c)(2).      Denied.

(d). The Respondent denies the allegations in this Paragraph.  Further answering, with respect to the grounds raised by the Petitioner in his post-conviction motions and subsequent briefs to the appellate courts, the Respondent states that the briefs will be reproduced in the Respondents' Supplemental Answer, which is incorporated herein, and the documents speak for themselves.

(e).    Left blank by petitioner.

13(a).  The allegation contained in Paragraph 13(a) of the Petition constitutes a conclusion of law to which no response is required. To the extent that a response is required, the Respondent denies that grounds coextensive with the claims alleged in Paragraph 12 of the Petition were presented to the highest state court having jurisdiction

13(b).  Left blank by petitioner.

14.  Admitted.

15.    The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

16(a)-(g).        Admitted.

17.   The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

18.   Admitted.

Pursuant to Rule 5, Respondent's Supplemental Materials will be filed manually and contain the following documents:

Norfolk Court Docket Sheet, *Commonwealth v. Greineder*,
No. NOCR2000-08588……………………………………………………………S.A. 1

Supreme Judicial Court Docket Sheet,
*Commonwealth v. Greineder*, No. SJC-08866…………………………………..S.A. 23

Supreme Court of the United States Docket Sheet,
*Greineder v. Commonwealth*, No. 10-8835…………………………………….S.A. 29

Supreme Court of the United States Docket Sheet,
*Greineder v. Commonwealth*, No. 12-10743…………………………………....S.A. 30

Supreme Judicial Court Docket Sheet,
*Commonwealth v. Greineder*, No. SJ-2014-0352…………………………………S.A. 32

Appellant's Consolidated Brief,
*Commonwealth v. Greineder*, No. SJC-08866…………………………..…………S.A. 34

Commonwealth's Brief,
*Commonwealth v. Greineder*, No. SJC-08866……………………………………S.A. 116

Appellant's Reply Brief,
*Commonwealth v. Greineder*, No. SJC-08866…………………………..………..S.A. 190

Appellant's Supplemental Brief and Record Appendix,
*Commonwealth v. Greineder*, No. SJC-08866…………………………………....S.A. 216

Commonwealth's Supplemental Brief,
*Commonwealth v. Greineder*, No. SJC-08866…………………………………...S.A. 274

*Commonwealth v. Greineder*, 458 Mass. 207, 936 N.E.2d 372 (2010)…………S.A. 314

Appellant's Brief (on remand from United States Supreme Court),
*Commonwealth v. Greineder*, No. SJC-08866…………………………..………..S.A. 342

Commonwealth's Brief and Supplemental Appendix (on remand from United States Supreme Court),
*Commonwealth v. Greineder*, No. SJC-08866…………………………………...S.A. 404

Appellant's Reply Brief (on remand from United States Supreme Court),
*Commonwealth v. Greineder*, No. SJC-08866…………………………..………..S.A. 444

*Commonwealth v. Greineder*, 464 Mass. 580, 984 N.E.2d 804 (2013)…………..S.A. 468

Memorandum of Decision and Order on Defendant's Motion for Post-Verdict Jury Inquiry and New Trial,
*Commonwealth v. Greineder*, No. NOCR2000-08588……………………………S.A. 482

Memorandum of Law in Support of Defendant's Application for Leave to Appeal from the Denial of His Motion for New Trial,
*Commonwealth v. Greineder*, No. SJ-2014-0352………………………………...S.A. 508

Commonwealth's Opposition to Defendant's Application for Leave to Appeal from the Denial of his Motion for New Trial,
*Commonwealth v. Greineder*, No. SJ-2014-0352………………………………...S.A. 543

Order Denying Leave to Appeal,
*Commonwealth v. Greineder*, No. SJ-2014-0352 and NOCR2000-08588……….S.A. 589

The trial transcripts are available upon request of the Court.

### First Defense

The petition should be denied because it fails to state a claim upon which relief may be granted.

### Second Defense

The petition should be denied because the decision of the state court was not contrary to, nor did it involve an unreasonable application of, clearly established federal law as determined by the Supreme Court of the United States.  *See* 28 U.S.C. § 2254(d)(1).

### Third  Defense

The petition should be denied because the decision of the state court was not based on an unreasonable determination of the facts in light of the evidence presented in the State court proceedings, and the petitioner cannot rebut the presumption of the correctness of those facts by clear and convincing evidence.  *See* 28 U.S.C. §§

2254(d)(2), (e)(1).

### Fourth Defense

The petition should be denied to the extent it raises questions of state law that do not allege a violation of the Constitution, laws, or treaties of the United States.  *See* 28 U.S.C. § 2254(a).

### Fifth Defense

The Petition should be denied to the extent that the decision of the state court below rests on a state law ground that is both independent of the federal questions the petitioner presents here and adequate to support the judgment.

### Sixth Defense

The Petition should be denied to the extent that it contains claims that have not been exhausted in the state courts.

The Respondent respectfully reserves the right to amend or supplement this Answer in the future should that need arise.

Respectfully submitted,
MAURA HEALEY
Attorney General

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2832
Dated: September 18, 2015                BBO # 561669

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Catherine Hinton, counsel for the petitioner in this matter.  There are no non-registered participants involved in this case.


/s/ Susanne G. Reardon
Susanne G. Reardon